IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART PACKAGING SOLUTIONS SA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-557-CJB |
| | ) |
| PERFECT PLASTIC PRINTING CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO STAY LITIGATION

WHEREAS, on November 24, 2021, January 10, 2022, and February 28, 2022, three separate *Inter Partes* Review ("IPR") petitions were filed challenging all asserted claims of three of the four asserted patents in this litigation;

WHEREAS, Defendant expects that an IPR challenging all asserted claims of the fourth patent-in-suit will be filed shortly hereafter;

WHEREAS, the Patent Trial & Appeal Board ("PTAB") has not yet decided whether to institute the IPR petitions;

WHEREAS, Defendant has asked Plaintiff to: (1) stipulate to staying this litigation at least pending the PTAB's institution decisions; and (2) stipulate to staying this litigation through final resolution of any instituted IPR petition;

WHEREAS, the parties have agreed that: (1) due to judicial economy, they will file this joint stipulation seeking to stay the litigation pending at least the PTAB's institution decisions; and (2) if the PTAB institutes none of the IPRs, any stay shall be lifted and the litigation will resume; and

WHEREAS, the parties have further agreed that if all of the IPR petitions are instituted by the PTAB, the stay should continue until the PTAB has issued a final written decision on each IPR, and that if not all of the IPR petitions are instituted, the parties shall meet-and-confer regarding the scope of the stay and determine how best to proceed with respect to the non-instituted IPRs;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that:

1) the litigation is stayed pending at least a decision by the PTAB on institution of the IPR petitions;

2) if none of the IPR petitions are instituted by the PTAB, the stay shall then be lifted and the litigation will resume;

3) if all of the IPR petitions are instituted by the PTAB, the litigation is stayed pending final disposition, including the completion of any appeals, of the IPRs;

4) if some but not all of the IPR petitions are instituted by the PTAB, the parties shall file a joint status report within seven (7) calendar days of the final institution decision setting forth their joint or competing proposal(s) for resuming this litigation with respect to the patents challenged in any non-instituted IPRs; and

5) if the stay continues past the institution decisions by the PTAB, and if any asserted claims survive the final written decisions issued by the PTAB in the IPRs, the parties shall file a joint status report within seven (7) calendar days setting forth their joint or competing proposal(s) for resuming this litigation.

| | |
|---|---|
| /s/ *Philip A. Rovner* | /s/ *Andrew E. Russell* |
| Philip A. Rovner (No. 3215) | John W. Shaw (No. 3362) |
| Jonathan A. Choa (No. 5319) | Andrew E. Russell (No. 5382) |
| POTTER ANDERSON & CORROON LLP | Emily S. DiBenedetto (No. 6779) |
| Hercules Plaza | SHAW KELLER LLP |
| P.O. Box 951 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 984-6000 | Wilmington, DE 19801 |
| provner@potteranderson.com | (302) 298-0700 |
| jchoa@potteranderson.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: April 29, 2022

SO ORDERED this ___ day of _____, 2022

_____
Honorable Christopher J. Burke
United States Magistrate Judge