IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART PACKAGING SOLUTIONS SA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-557-CJB |
| | ) |
| PERFECT PLASTIC PRINTING CORP., | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS LETTER

Plaintiff Smart Packaging Solutions SA and Defendant Perfect Plastic Printing Corp. hereby submit this Joint Status Letter pursuant to the Court's Oral Order in the above-captioned action entered on May 2, 2022. (D.I. 26).

For all four of the IPR petitions that were filed—one as to each Asserted Patent, U.S. Patent Nos. 9,033,250, 9,165,240, 9,195,932, 9,633,304—the PTAB has now instituted review.

| | |
|---|---|
| /s/ Philip A. Rovner | /s/ Emily S. DiBenedetto |
| Philip A. Rovner (No. 3215) | John W. Shaw (No. 3362) |
| Jonathan A. Choa (No. 5319) | Andrew E. Russell (No. 5382) |
| POTTER ANDERSON & CORROON LLP | Emily S. DiBenedetto (No. 6779) |
| Hercules Plaza | SHAW KELLER LLP |
| P.O. Box 951 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 984-6000 | Wilmington, DE 19801 |
| provner@potteranderson.com | (302) 298-0700 |
| jchoa@potteranderson.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: December 20, 2022